JERRY S. BUSBY
Nevada Bar #001107
ANDRE T. MARQUES
Nevada Bar #014737
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada  89102
 (702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com
amarques@cooperlevenson.com
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MEGAN SANCHEZ,<br><br>Plaintiff,<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., a Foreign Corporation d/b/a SMITH'S; DOE MAINTENANCE EMPLOYEES I-V; DOE EMPLOYEES I-V; DOE JANITORIAL EMPLOYEES I-V; DOE OWNERS I-V; ROE OWNERS I-V; ROE EMPLOYER; and ROE COMPANIES I-X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00490-APG-DJA<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

WHEREAS, on January 3, 2023 all parties and their counsel of record participated in a private mediation which resulted in the parties reaching a full and final settlement of any and all claims in this case;

IT IS HEREBY STIPULATED AND AGREED by and between GERALD I. GILLOCK, ESQ., of GERALD I. GILLOCK & ASSOCIATES, Attorneys for Plaintiff MEGAN SANCHEZ, and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC., that:

/ / /

/ / /

/ / /

CLAC 7276113.1

1. Any and all claims herein against Defendant shall be dismissed with prejudice, each party to bear their own fees and costs; and

2. That any remaining hearings, trial dates or other deadlines be vacated.

| Dated: January 12, 2023 | Dated: January 12, 2023 |
|---|---|
| **GERALD I. GILLOCK & ASSOCIATES** | **COOPER LEVENSON, P.A.** |
| By:/s/ *Gerald I. Gillock*<br>GERALD I. GILLOCK, ESQ.<br>Nevada Bar No. 51<br>428 South Fourth Street<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Plaintiff Megan Sanchez* | By:/s/ *Jerry S. Busby*<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 1107<br>ANDRE T. MARQUES, ESQ.<br>Nevada Bar No. 14737<br>3016 West Charleston Boulevard, #195<br>Las Vegas, Nevada 89102<br><br>*Attorneys for Defendant*<br>*Smith's Food & Drug Centers, Inc.* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: January 13, 2023

2

CLAC 7276113.1